IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 327

| | | |
|---|---|---|
| HAROLD LEWIS, as Personal Representative of the Estate of WELZIE V. LEWIS, JR., | ) ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| BRIAN CENTER HEALTH & REHABILITATION WEAVERVILLE, et al., | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Amy E. Oleksa's Application for Admission to Practice *Pro Hac Vice* of David Mark Eaton. It appearing that David Mark Eaton is a member in good standing with the Tennessee State Bar and will be appearing with Amy E. Oleksa, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Amy E. Oleksa's Application for Admission to Practice *Pro Hac Vice* (#16) of David Mark Eaton is **GRANTED**, and that David Mark Eaton is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Amy E. Oleksa.

Signed: May 14, 2015

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge