THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00327-MR-DLH

| | |
|---|---|
| HAROLD LEWIS, as Personal Representative of the Estate of WELZIE V. LEWIS JR., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRIAN CENTER HEALTH & REHABILITATION WEAVERVILLE, et al., )<br>)<br>)<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On May 26, 2015, the Court entered an Order directing the Plaintiff to file an appropriate motion or otherwise take further action against the Defendants Brian Center Health & Rehabilitation Weaverville, SSC Weaverville Management Company, LLC, Brian Center Management Corporation, Brian Center Corporation, SSC Equity Holdings, LLC, and Brian Center Health & Retirement/Weaverville, Inc. [Doc. 18]. The Court specifically advised the Plaintiff that "failure to take further action against these Defendants will result in the dismissal of his claims against them." [Id. at 2]. More than 14 days have passed, and the Plaintiff has not taken any

further action against these Defendants. Accordingly, the Plaintiff's claims against these Defendants shall be dismissed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's claims against the Defendants Brian Center Health & Rehabilitation Weaverville, SSC Weaverville Management Company, LLC, Brian Center Management Corporation, Brian Center Corporation, SSC Equity Holdings, LLC, and Brian Center Health & Retirement/Weaverville, Inc. are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that this case remains **STAYED** as to the Plaintiff's claims against Defendant SSC Weaverville Operating Company, LLC pending the outcome of the arbitration proceedings.

The Clerk of Court is respectfully directed to administratively close this case.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge